Philip R. Wooten
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
(480) 598-4330
(480) 598-4331 Fax
***Counsel for Trans Union LLC***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| KENNETH NOCE,<br>Plaintiff,<br><br>HUNTINGTON NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br>Defendants. | Case No. 2:16-cv-03568-JJT<br><br>**DEFENDANT TRANS UNION LLC's ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |

Trans Union LLC ("Trans Union"), one of the Defendants herein, files its Answer and Defenses to the Complaint ("Complaint") filed by Kenneth Noce ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

1. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint, and therefore, denies same.

2. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint, and therefore, denies same.

3. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and therefore, denies same.

4. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, and therefore, denies same.

5. Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(f) and is authorized to do business within the State of Arizona. Trans Union admits that it maintains a registered agent within the boundaries of the District of Arizona.

6. Trans Union admits that it is authorized to do business within the State of Arizona. Trans Union denies all remaining allegations in paragraph 6 of the Complaint.

7. Trans Union admits that jurisdiction is appropriate in a Federal Court. Trans Union denies this Court is the most convenient venue for the parties and witnesses and in the interest of justice may seek to transfer this matter pursuant to 28 U.S.C. § 1404.

8. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and therefore, denies same.

9. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint or the authenticity of Exhibit A and, therefore, denies same.

10. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint or the authenticity of Exhibit B and, therefore, denies same.

11. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint or the authenticity of Exhibit C and, therefore, denies same.

12. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore, denies same.

13. Trans Union admits that Plaintiff is a consumer as defined in 15 U.S.C. § 1681 a(c). Trans Union denies the remaining allegations contained in paragraph 13 of the Complaint. As to the other Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and therefore, denies same.

14. To the extent the allegations contained in paragraph 14 of the Complaint are directed at Trans Union, Trans Union denies such allegations. As to the other Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint, and therefore, denies same.

15. Trans Union denies the allegations contained in paragraph 15 of the Complaint. As to the other Defendant, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint, and therefore, denies same.

16. Trans Union admits that Plaintiff sent written disputes regarding the Huntington Mortgage Group account #...6569 and account #...2131. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the Complaint or the authenticity of Exhibit D and E, therefore, denies same. As to the other Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint, and therefore, denies same.

17. To the extent the allegations contained in paragraph 17 of the Complaint are directed at Trans Union, Trans Union denies reporting inaccurate information on Plaintiff's Trans Union credit file. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in

paragraph 17 of the Complaint or the authenticity of Exhibit F and G, therefore, denies same. As to the other Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint, and therefore, denies same.

18. Trans Union denies the allegations contained in paragraph 18 of the Complaint. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 18 of the Complaint or the authenticity of Exhibit F and G, therefore, denies same. As to the other Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint, and therefore, denies same.

19. Trans Union denies the allegations contained in paragraph 19 of the Complaint. As to the other Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint, and therefore, denies same.

20. Trans Union denies the allegations contained in paragraph 20 of the Complaint. As to the other Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint, and therefore, denies same.

21. Trans Union denies the damages and the relief sought in paragraph 21 of the Complaint.

Trans Union denies that Plaintiff is entitled to any judgment against Trans Union. Trans Union denies that it failed to comply with any provision of the Fair Credit Reporting Act, and denies that Plaintiff is entitled to any remedies as alleged in the Prayer for Relief paragraph of the Complaint, including all subparts.

**DEFENSES**

22. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum

possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

23. Trans Union alleges that any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

24. Trans Union, in compliance with the Fair Credit Reporting Act, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

25. Trans Union at all times acted in compliance with the Fair Credit Reporting Act.

26. Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

27. Plaintiff failed to mitigate his/her/their alleged damages.

28. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process and Double Jeopardy Clauses of the Fifth Amendment, the Excessive Fines Clause of the Eighth Amendment, and the laws of the State of Arizona.

29. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

30. In the interest of justice, Trans Union may seek to transfer this matter pursuant to 28 U.S.C. § 1404, as this Court is not the most convenient venue for the parties and witnesses.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the court deems just.

DATED this November 23, 2016.

Respectfully submitted,

By /s/ Philip R. Wooten

Philip R. Wooten
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
(480) 598-4330
(480) 598-4331Fax
***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016, a true and correct copy of the above and foregoing document has been filed with the Clerk's Office and sent by United States First Class Mail and Electronic Mail to the following parties:

Kevin F. McCarthy
Joon N. Kee
joon.kee@mccarthylaw.com
McCarthy Law, PLC
4250 N. Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251
(602) 456-8900
***Counsel for Plaintiff***

Jonathan Adam Dessaules
jdessaules@dessauleslaw.com
Dessaules Law Group
5353 N 16th St, Suite 110
Phoenix, AZ 85016
(602) 274-5400
(602) 274-5401 Fax
***Counsel for Experian Information Solutions, Inc.***

John Gary Kerkorian
kerkorianj@bllardspahr.com
Michael Anthony DiGiacomo
digiacomom@ballardspahr.com
Ballard Spahr LLP
1 E Washington St, Suite 2300
Phoenix, AZ 85004
(602) 798-5400
(602) 798-5595 Fax
***Counsel for Huntington National Bank***

By /s/ Philip R. Wooten